1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

\* \* \*

9

REGINALD C. HOWARD,

Case No. 2:13-cv-01368-RFB-NJK

10

Plaintiff,

**ORDER TO PRODUCE**
**REGINALD C. HOWARD**

11
12

v.

13

BRIAN CONNETT,  *et al.*,

14

Defendants.

15
16

TO:      DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:      DWIGHT NEVEN, HIGH DESERT STATE PRISON

17

INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF

18

NEVADA AND ANY OTHER UNITED STATES MARSHAL

19
20

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently

21

in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian

22

Springs, Nevada.

23

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall

24

transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States

25

Courthouse, 333 Las Vegas Boulevard, South, in Courtroom to be determined, Las Vegas, Nevada,

26

on or about Wednesday, January 13, 2016, at the hour of 3:00 p.m., to attend the a hearing in the

27

instant matter, and arrange for his appearance on said date as may be ordered and directed by the

28

Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and

discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

      **DATED** this 4th day of January, 2016.

_____        _____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**