ADAM PAUL LAXALT
Nevada Attorney General
FRANK A. TODDRE II
Deputy Attorney General
Nevada Bar No. 11474
E-mail: ftoddre@ag.nv.gov
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-3149
F: (702) 486-3773
*Attorneys for Defendants*
*Gustavo Sanchez, Eric Stein, Francisco Acala*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,<br><br>        Plaintiff,<br><br>vs.<br><br>S. FOSTER, et al.,<br><br>        Defendants. | Case No.: 2:13-cv-01368-RFB-NJK<br><br>**ORDER GRANTING**<br><br>**MOTION TO VACATE THE MARCH 4, 2016 EARLY MEDIATION CONFERENCE** |

    Defendants by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, and FRANK A. TODDRE II, Deputy Attorney General, hereby submit this Motion to Vacate the March 4, 2016 Early Mediation Conference.

### MEMORANDUM OF POINTS AND AUTHORITIES

    On January 27, 2016, this Court issued an Order setting an Early Mediation Conference in this case for March 4, 2016 at 9:30 am. Dkt. #40. However, Nancy Katafias (the State of Nevada Tort Fund Manager) is already scheduled to attend settlement conferences in other cases on March 4, 2016.[1]  Thus, Defendants request that this Court reschedule the Early Mediation Conference.

///

///

---

[1] Ms. Katafias is the person with authority to settle cases on behalf of the State of Nevada

1

As of the filing of this Motion, Defendants, including Ms. Katafias, are available on the following dates:

- March 18, 2016 at 1:00 p.m.;
- March 25, 2016 at 9:00 a.m.;
- April 1, 2016 at 9:00 a.m.;
- April 8, 2016 at 9:00 a.m.; and
- April 8, 2016 at 1:00 p.m.

DATED this 3rd day of February, 2016.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Frank A. Toddre II
FRANK A. TODDRE II
Deputy Attorney General
Nevada State Bar No. 11474
*Attorneys for Defendants*

This motion is hereby GRANTED.  The settlement conference set in this case is hereby CONTINUED to 9:30 a.m. on April 1, 2016.  The parties shall submit settlement statements by March 18, 2016. IT IS SO ORDERED.

Dated:  February 4, 2016

_____
United States Magistrate Judge

2