ADAM PAUL LAXALT
Nevada Attorney General
FRANK A. TODDRE II
Deputy Attorney General
Nevada Bar No. 11474
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3149
Facsimile: (702) 486-3773
Email: ftoddre@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>S. FOSTER, et al.,<br><br>　　　　Defendants. | Case No.: 2:13-cv-01368-RFB-NJK<br><br>**STIPULATION AND ORDER TO VACATE TRIAL AND TO ALLOW SUPPLEMENTAL PLEADINGS** |

　　　　It is stipulated and agreed by and between Plaintiff, Reginald Howard, by and through counsel, Margaret McLetchie, Esq., and Defendants, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Frank A. Toddre II, Deputy Attorney General, that trial be vacated and continued at the Court's discretion, and that the parties agree to allow additional supplemental pleadings regarding summary judgment.

　　　　Counsel Margaret McLetchie was appointed as pro bono counsel for Plaintiff Reginald Howard, pursuant to District of Nevada's Pilot Pro Bono Program on or about March 17, 2016. In light of that appointment, Counsel has agreed to allow Plaintiff to file a Supplemental Opposition to Summary Judgment and for Defendant to file a Sur-Reply to the supplemental opposition as detailed further below.

///

Additionally, the parties have agreed to vacate and continue calendar call and trial date to allow the parties to supplement their briefings, become familiar with the case, prepare for trial, and engage in meaningful settlement talks.

Further, based upon the new agreed upon briefing deadlines, the parties have also agreed to vacate the April 1, 2016, settlement conference until after dispositive motion practice and orders have been completed.

Pursuant to Dkt. 39, the following Trial dates had been set by Court Minute Order:

| | |
|---|---|
| March 18, 2016: | Last day to submit Confidential Mediation Statement |
| March 29, 2016: | Last day to file Joint Pre-Trial Order |
| April 1, 2016: | Settlement Conference |
| April 4, 2016: | Last day to serve Offer of Judgment |
| April 5, 2016: | Last day to file Motions in Limine, to submit proposed Jury Instructions, and Voir Dire questions |
| April 12, 2016: | Calendar Call |
| April 19, 2016: | Trial |

Counsel have agreed to the following terms,

A: To allow Plaintiff to re-file a new Opposition to Supplemental Motion for Summary Judgment, which had been previously filed as Dkt. #48 by **April 18, 2016**.

B: To allow the Parties to exchange initial disclosures by April 25, 2016. No disclosures have been exchanged to date and doing so will expedite the preparation of the Joint Pre-Trial matter.

C. That Defendant may file a Responsive Brief to Plaintiff's Opposition to Supplemental Summary Judgment, as detailed in Term A, by **April 25, 2016.**

D: To vacate the April 1, 2016, Settlement Conference and move it to a later date, after the Court renders a decision on remaining dispositive motions. Defendants have informed Plaintiffs that settlement is more likely without pending dispositive issues.

///

///

E: To vacate the current Trial Date and Calendar Call, respectively set for April 19, 2016, and April 12, 2016. The parties would leave the setting of a new trial date to the discretion of the Court, and suggest a scheduling conference with the Court to set all necessary trial related deadlines (the current dates are set forth above).

F: Counsel submits that they are unavailable for trial on the following dates:

    i. May 11, 2016 – May 13, 2016

    ii. June 9, 2016 – June 13, 2016

    iii. July 5, 2016 – July 8, 2016

    iv. July 26, 2016. Trial is set in the matter of *Bell vs. State of Nevada, et al.,* Case no. 2:14-cv-00476-RFB-NJK in front of Judge Boulware and is expected to last three (3) days.

    v. August 30, 2016. Trial is set in the matter of *Mitchell v. Cox, et al.*, Case No. 2:12-cv-02082-RFB-CWH in front of Judge Boulware and is expected to last seven (7) days.

    vi. August 25, 2016 – September 6, 2016

G: That in the event that this Court accepts the Stipulations herein, Defendants' "Emergency Motion to Vacate Trial Dates" (Dkt. 50) would hereby be rendered moot and may be withdrawn.

///

///

///

///

///

///

///

///

///

///

Counsel have agreed to all terms as provided above. Accordingly, Counsel has received proper authority to bind the parties to terms of said Stipulation.

DATED March 18, 2016.               DATED March 18, 2016.

                                                    ADAM PAUL LAXALT
                                                    Nevada Attorney General

*/s/ Margaret McLetchie*               By: */s/ Frank A. Toddre II*
Margaret McLetchie, Esq.               Frank A. Toddre II
McLetchie Shell, LLC               Deputy Attorney General

*Attorney for Plaintiff*               *Attorneys for Defendants*

IT IS SO ORDERED.               DATED March 23rd, 2016.

                                                      RICHARD F. BOULWARE, II
                                                      UNITED STATES DISTRICT JUDGE

**Office of the Attorney General**
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068