# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

REGINALD C. HOWARD,

    Plaintiff,

  v.

BRIAN CONNETT, *et al.*,

    Defendants.

Case No. 2:13-cv-01368-RFB-NJK

**ORDER TO PRODUCE
REGINALD C. HOWARD**

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     DWIGHT NEVEN, HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Monday, August 29, 2016, at the hour of 4:00 p.m., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and

discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 15th day of August, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**