**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN CONNETT, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-01368-RFB-NJK<br><br>**AMENDED ORDER TO PRODUCE REGINALD C. HOWARD** |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     DWIGHT NEVEN, HIGH DESERT STATE PRISON
           INDIAN SPRINGS, NV
           UNITED STATES MARSHAL FOR THE DISTRICT OF
           NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Thursday, September 1, 2016, at the hour of 1:00 p.m., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is released and discharged by

the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 17th day of August, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**