**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. FOSTER, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:13-cv-01368-RFB-NJK<br><br>**SECOND AMENDED ORDER TO PRODUCE REGINALD C. HOWARD, #13891** |

TO:　　DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
　　　　INDIAN SPRINGS, NV
　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Thursday, September 1, 2016, at the hour of 1:00 p.m**., to attend a hearing in the instant matter and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is

released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**IT IS FURTHER ORDERED** that Amended ORDER [ECF 63] is VACATED.

**DATED** this 25th day of August, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**