# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,  ) | |
| ) | Case No. 2:13-cv-01368-RFB-NJK |
| Plaintiff(s),  ) | |
| ) | |
| vs.  ) | ORDER |
| ) | |
| S. FOSTER, et al.,  ) | (Docket No. 68) |
| ) | |
| Defendant(s).  ) | |
| ) | |

Pending before the Court is a motion to continue the settlement conference, along with a notice of non-opposition. Docket Nos. 68, 70. The motion is **GRANTED**. The settlement conference is hereby **CONTINUED** to 9:30 a.m. on December 8, 2016. The confidential settlement statements shall be delivered no later than December 1, 2016. All other requirements outlined in Docket No. 67 continue to govern.

IT IS SO ORDERED.

DATED: September 30, 2016

_____
Nancy J. Koppe
United States Magistrate Judge