1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINALD HOWARD, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-01368-RFB-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| S. FOSTER, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

As a settlement was not reached at the settlement conference, *see* Docket No. 73, the Court hereby **ORDERS** the parties to file a joint proposed pretrial order by February 8, 2017.

IT IS SO ORDERED.

DATED: December 23, 2016

_____
Nancy J. Koppe
United States Magistrate Judge