1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

REGINALD HOWARD,                           )
                                           )          Case No. 2:13-cv-01368-RFB-NJK

11

          Plaintiff(s),                    )
                                           )

12

vs.                                        )          ORDER
                                           )

13

S. FOSTER, et al.,                         )
                                           )

14

          Defendant(s).                    )
                                           )

15
_____  )

16          Pending before the Court is a stipulation to extend the deadline for filing the joint proposed

17   pretrial order, Docket No. 75, which is hereby DENIED without prejudice, *see* Local Rule IA 6-1

18   (requests to extend time "must state the reasons for the extension requested").

19          IT IS SO ORDERED.

20          DATED: January 10, 2017

21

22          _____
            Nancy J. Koppe

23          United States Magistrate Judge

24
25
26
27
28