# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

REGINALD C. HOWARD,

    Plaintiff,

v.

BRIAN CONNETT, *et al.*,

    Defendants.

Case No. 2:13-cv-01368-RFB-NJK

**ORDER TO PRODUCE REGINALD C. HOWARD**

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   JO GENTRY, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, , or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Thursday, October 26, 2017, at the hour of 10:00 a.m., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. HOWARD, #13891**, is

released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 20th day of October, 2017.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**