# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

REGINALD C. HOWARD,

    Plaintiff,

  v.

BRIAN CONNETT, *et al.*,

    Defendants.

Case No. 2:13-cv-01368-RFB-NJK

**ORDER TO PRODUCE DAMIEN D. BRADLEY, #1065259**

TO: DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: DWIGHT NEVEN, WARDEN, CASA GRANDE TRANSITIONAL HOUSING CENTER, LAS VEGAS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **DAMIEN D. BRADLEY, #1065259,** is presently in custody of the Nevada Department of Corrections, located at the Casa Grande Transitional Housing Center, Las Vegas, Nevada.

**IT IS ORDERED** that the Warden of the Casa Grande Transitional Housing Center, or his designee, shall transport and produce **DAMIEN D. BRADLEY, #1065259,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7D, Las Vegas, Nevada, on or about Tuesday, November 14, 2017 - November 15, 2017, at the hour of 9:30 a.m., to attend as a witness at the bench trial in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the

said **DAMIEN D. BRADLEY, #1065259**, is released and discharged by the said Court; and that the said **DAMIEN D. BRADLEY, #1065259,** shall thereafter be returned to the custody of the Warden, Casa Grande Transitional Housing Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 7th day of November, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**