# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

REGINALD C. HOWARD,

    Plaintiff,

v.

BRIAN CONNETT, *et al.*,

    Defendants.

Case No. 2:13-cv-01368-RFB-NJK

**ORDER TO PRODUCE REGINALD C. HOWARD, #13891**

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   JO GENTRY, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **REGINALD C. HOWARD, #13891,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, , or his designee, shall transport and produce **REGINALD C. HOWARD, #13891,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7D, Las Vegas, Nevada, on or about Monday, January 8, 2018, at the hour of 9:30 a.m., to attend the bench trial in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **REGINALD C. Howard, #13891,** is

released and discharged by the said Court; and that the said **REGINALD C. HOWARD, #13891** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 3rd day of January, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**