Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
MCLETCHIE SHELL LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>S. FOSTER, et al.,<br><br>    Defendants. | Case No.: 2:13-cv-01368-RFB-NJK<br><br>**STIPULATION TO RESCHEDULE<br>CLOSING ARGUMENTS**<br>**(First Request)** |

COME NOW, Plaintiff, Reginald Howard, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendants, Aaron Dicus, Sean Bloomfield, and Gustavo Sanchez, by and through their attorneys, Adam Paul Laxalt and Frank A. Toddre II, of Nevada Attorney General's Office, and hereby agree and stipulate that the final day of trial/closing arguments, which is was scheduled for February 14, 2018, (*see* Order, ECF No. 123) and then vacated by minute order (*see* Order, ECF No. 127) be vacated and continued to a date in April that is convenient for this Court and the parties. Mr. Toddre is unavailable from April 12 – 18, 2018.

Rescheduling the final date of trial is necessary because Alina Shell, one of the two attorneys representing Mr. Howard and the attorney that represented him at trial, has taken an emergency medical leave and is currently expected to out of the office for two (2) weeks. Mr. Howard's other counsel, Margaret McLetchie, did not participate in the trial and would need additional time to prepare for closing arguments.

/ / /

1

This Stipulation is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter.

DATED this 14th day of February, 2018.　　DATED this 14th day of February, 2018.

/s/ Margaret A. McLetchie　　　　　　　　/s/ Frank A. Toddre, II
MARGARET A. MCLETCHIE　　　　　　ADAM PAUL LAXALT
Nevada Bar No. 10931　　　　　　　　　　Nevada Bar No.12426
ALINA M. SHELL　　　　　　　　　　　　FRANK A. TODDRE II
Nevada Bar No. 11711　　　　　　　　　　Nevada Bar No. 11474
MCLETCHIE SHELL, LLC　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
701 East Bridger Ave., Suite 520　　　　　　Bureau of Litigation – Public Safety Division
Las Vegas, NV 89101　　　　　　　　　　555 E. Washington Ave., Suite 3900
(702) 728-5300　　　　　　　　　　　　　Las Vegas, NV 89101
maggie@nvlitigation.com　　　　　　　　　(702) 486-3149
*Attorneys for Plaintiff Reginald Howard*　　ftoddre@ag.nv.gov
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

### ORDER

IT IS ORDERED that Closing Arguments are set for June 6, 2018 at 10:00 AM in LV Courtroom 7C before Judge Richard F. Boulware, II.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: May 17, 2018.



2