Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
MCLETCHIE SHELL LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD, | Case No.: 2:13-cv-01368-RFB-NJK |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS OF FACTS** |
| v. | **(First Request)** |
| S. FOSTER, et al., | |
| Defendants. | |

COME NOW, Plaintiff, Reginald Howard, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendants, Aaron Dicus, Sean Bloomfield, and Gustavo Sanchez, by and through their attorneys, Adam Paul Laxalt and Frank A. Toddre II, of Nevada Attorney General's Office, and hereby agree and stipulate to an extension of three weeks to submit simultaneous proposed findings of fact as identified at the hearing and to provide a WORD doc version to the courtroom deputy. (*see* Minute Order, ECF No. 134). The current deadline is June 20, 2018. A three-week extension would make the new deadline for the proposed findings of fact due on July 11, 2018.

This extension is necessary because counsel for Plaintiff has an opposition to an Emergency Motion for a Writ of Prohibition due on June 18, 2018 in *Las Vegas Metropolitan Police Department v. Eighth Judicial District Court*, Nevada Supreme Court Case No. 76023. Counsel for Plaintiff also has an Opposition to a Motion for Summary Judgment due on June 22, 2018 in *Walker, et al. v. City of North Las Vegas, et al.*, U.S. Dist. Ct. Case No.

2:14-cv-01475-JAD-NJK. Counsel for Plaintiff also has a settlement statement due on June 22, 2018 in *Trost v. Cox, et al.*, U.S. Dist. Ct. Case No. 3:14-cv-0611-MMD-WGC. Further, on June 29, 2018, counsel for Plaintiff will be in Boise, Idaho for a settlement conference in the *Trost* matter. Counsel for Defendants in this matter is also counsel for Defendants in *Trost* and thus has the same deadlines for filing a settlement statement and participating in the settlement conference in that case. Finally, counsel for Plaintiff has an Answering Brief due on July 6, 2018 in *Clark County Office of the Coroner/Medical Examiner v. Las Vegas Review-Journal*, Nevada Supreme Court Case No. 74604.

This Stipulation is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter.

IT IS SO STIPULATED.

DATED this 15th day of June, 2018.

*/s/ Alina M. Shell*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
ALINA M. SHELL
Nevada Bar No. 11711
MCLETCHIE SHELL, LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com
*Attorneys for Plaintiff Reginald Howard*

DATED this 15th day of June, 2018.

*/s/ Frank A. Toddre, II*
ADAM PAUL LAXALT
Nevada Bar No.12426
FRANK A. TODDRE II
Nevada Bar No. 11474
OFFICE OF THE ATTORNEY GENERAL
Bureau of Litigation – Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
(702) 486-3149
ftoddre@ag.nv.gov
*Attorneys for Defendants*

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: June 21, 2018



RICHARD F. BOULWARE, II
UNITES STATES DISTRICT JUDGE