Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
MCLETCHIE SHELL LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>S. FOSTER, et al.,<br><br>　　　　Defendants. | Case No.: 2:13-cv-01368-RFB-NJK<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS OF FACTS**<br>**(Second Request)** |

COME NOW, Plaintiff, Reginald Howard, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendants, Aaron Dicus, Sean Bloomfield, and Gustavo Sanchez, by and through their attorneys, Adam Paul Laxalt and Frank A. Toddre II, of Nevada Attorney General's Office, and hereby agree and stipulate to an extension of two weeks to submit simultaneous proposed findings of fact as identified at the hearing and to provide a WORD doc version to the courtroom deputy. (*See* Minute Order, ECF No. 134). The current deadline is July 11, 2018 (*see* Order, ECF No. 136). A two-week extension would make the new deadline for the proposed findings of fact due on July 25, 2018.

This extension is necessary because on June 28, 2018, Plaintiff's counsel determined that she did not have a transcript for Trial Day 4, which occurred on January 8, 2018. Plaintiff's counsel then contacted counsel for Defendants, who indicated he also did not have a transcript for Trial Day 4. That same day, Plaintiff's counsel sent an email request to the court reporter requesting expedited preparation of the transcript. The court reporter's

automated response indicated she was out of the office was out of the office until July 8, 2018. Plaintiff's counsel has since corresponded with the court reporter and order the transcript for Trial Day 4 to be prepared on an expedited basis.

This Stipulation is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter.

IT IS SO STIPULATED.

DATED this 10th day of July, 2018.

*/s/ Alina M. Shell*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
ALINA M. SHELL
Nevada Bar No. 11711
MCLETCHIE SHELL, LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com
*Attorneys for Plaintiff Reginald Howard*

DATED this 10th day of July, 2018.

*/s/ Frank A. Toddre, II*
ADAM PAUL LAXALT
Nevada Bar No.12426
FRANK A. TODDRE II
Nevada Bar No. 11474
OFFICE OF THE ATTORNEY GENERAL
Bureau of Litigation – Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
(702) 486-3149
ftoddre@ag.nv.gov
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: July 11, 2018

_____
RICHARD F. BOULWARE, II
United States District Court