Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
MCLETCHIE SHELL LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINALD HOWARD, | Case No.: 2:13-cv-01368-RFB-NJK |
| Plaintiff, | **STIPULATION TO EXTEND CERTAIN POST-TRIAL DEADLINES PENDING POSSIBLE RESOLUTION OF MATTER** |
| v. | |
| S. FOSTER, et al., | **(First Request)** |
| Defendants. | |

COME NOW, Plaintiff, Reginald Howard, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendants, Aaron Dicus, Sean Bloomfield, and Gustavo Sanchez, by and through their attorneys, Adam Paul Laxalt and Frank A. Toddre II, of Nevada Attorney General's Office, and hereby agree and stipulate to extend certain post-trial deadlines.

First, the deadline for Plaintiff to submit a proposed order with underlying documentation as to fees and costs pursuant to 42 U.S.C. § 1988. (ECF No. 142) shall be extended from October 5, 2018 to **November 19, 2018**.

Second, Defendants have filed a Motion for Relief of Judgment under Rule 59 on October 4, 2018.[1] Plaintiff's deadline to respond to that Motion shall be extended until **December 18, 2018**.

---

[1] The 28-day deadline put forth in FRCP 59(b) is not waivable as a jurisdictional time limit. As such, the Defendants' filed this motion to preserve their right to relief while parties were engaged in post-trial discussion for resolution.

1

Third, Defendants have filed an Objection to the Bill of Costs filed by Plaintiff on October 4. 2018. Plaintiff's reply, if any, to any Objection shall be due on **November 13, 2018**.

This Stipulation is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. The parties are currently discussing settlement and wish to reduce the accumulation of attorney's fees.

IT IS SO STIPULATED.

DATED this 4th day of October, 2018.  DATED this 4th day of October, 2018.

*/s/ Alina M. Shell*  */s/ Frank A. Toddre, II*
MARGARET A. MCLETCHIE  ADAM PAUL LAXALT
Nevada Bar No. 10931  Nevada Bar No.12426
ALINA M. SHELL  FRANK A. TODDRE II
Nevada Bar No. 11711  Nevada Bar No. 11474
MCLETCHIE SHELL, LLC  OFFICE OF THE ATTORNEY GENERAL
701 East Bridger Ave., Suite 520  Bureau of Litigation – Public Safety Division
Las Vegas, NV 89101  555 E. Washington Ave., Suite 3900
(702) 728-5300  Las Vegas, NV 89101
maggie@nvlitigation.com  (702) 486-3149
*Attorneys for Plaintiff Reginald Howard*  ftoddre@ag.nv.gov
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED:  October 8, 2018.

RICHARD F. BOULWARE, II
United States District Court

2