1  MARGARET A. MCLETCHIE, NV Bar # 10931
2  ALINA M. SHELL, NV Bar # 11711
   **MCLETCHIE LAW**
3  701 East Bridger Ave., Suite 520
   Las Vegas, Nevada 89101
4  Telephone: (702) 728-5300
   Facsimile: (702) 425-8220
5  E-mail: maggie@nvlitigation.com

*Attorneys for Plaintiff, Reginald Howard*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD, | Case. No.: 2:13-cv-01368-RFB-NJK |
| Plaintiff, | **STIPULATION TO EXTEND CERTAIN POST-TRIAL DEADLINES PENDING POSSIBLE RESOLUTION OF MATTER** |
| vs. | (Third Request) |
| S. FOSTER, et al., | |
| Defendants. | |

Plaintiff Reginald Howard, by and through his attorneys Margaret A. McLetchie and Alina M. Shell, of the law firm McLetchie Law and along with Defendants, Sean Bloomfield, Aaron Dicus, and Gustavo Sanchez, by and through counsel, Attorney General Adam Paul Laxalt, and Senior Deputy Attorney General Frank A. Toddre II, of the State of Nevada, Office of the Attorney General, hereby agree and stipulate to extend certain post-trial deadlines.

First, the deadline for Plaintiff to submit a proposed order with underlying documentation as to fees and costs pursuant to 42 U.S.C. § 1988. (ECF No. 156) shall be extended from December 21, 2018 to January 22, 2019.

Second, Defendants have filed a Motion for Reconsideration under Rule 59. (ECF No. 145). Plaintiff's deadline to respond to that Motion shall be extended from January 17, 2019 to February 18, 2019.

Third, Defendants have filed a Limited Objection to the Bill of Costs filed by Plaintiff on September 20, 2018 (ECF No. 146). Plaintiff's reply, if any, to any Objection shall be extended from December 21, 2018 to January 22, 2019.

This Stipulation is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing both parties' interests in this matter. The parties are currently discussing settlement and wish to reduce the accumulation of attorney's fees.

Moreover, other deadlines have interfered with Plaintiff's preparation of the proposed order, response to the Motion for Reconsideration, and reply to the Objection to the Bill of Costs. Specifically, counsel for Plaintiff has an Answering Brief /Opening Brief on Cross-Appeal due on December 20, 2018 in *City of Henderson v. Las Vegas Review-Journal*, Nev. S. Ct. Case No. 75407. Additionally, counsel for Plaintiff will be out of the jurisdiction December 21, 2018 through December 29, 2018.

IT IS SO STIPULATED.

DATED this 19th day of December, 2018.   DATED this 19th day of December, 2018.

*/s/ Alina M. Shell*   */s/ Frank A. Toddre, II*
MARGARET A. MCLETCHIE   ADAM PAUL LAXALT
Nevada Bar No. 10931   Nevada Bar No.12426
ALINA M. SHELL   FRANK A. TODDRE II
Nevada Bar No. 11711   Nevada Bar No. 11474
MCLETCHIE LAW   OFFICE OF THE ATTORNEY GENERAL
701 East Bridger Ave., Suite 520   Bureau of Litigation – Public Safety Division
Las Vegas, NV 89101   555 E. Washington Ave., Suite 3900
(702) 728-5300   Las Vegas, NV 89101
maggie@nvlitigation.com   (702) 486-3149
*Attorneys for Plaintiff Reginald Howard*   ftoddre@ag.nv.gov
   *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: January 14, 2019.



RICHARD F. BOULWARE, II
United States District Judge

2