AARON D. FORD
  Attorney General
FRANK A. TODDRE, II (Bar No. 11474)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov

Attorneys for Defendants Sean Bloomfield
Aaron Dicus, and Gustavo Sanchez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>S. FOSTER, et al.,<br><br>Defendants. | CASE NO. 2:13-cv-01368-RFB-NJK<br><br>**STIPULATION TO EXTEND CERTAIN POST-TRIAL DEADLINES PENDING POSSIBLE RESOLUTION OF MATTER**<br><br>**(Fifth Request)** |

Defendants, Sean Bloomfield, Aaron Dicus, and Gustavo Sanchez, by and through counsel, Attorney General Aaron D. Ford, and Senior Deputy Attorney General Frank A. Toddre II, of the State of Nevada, Office of the Attorney General, along with Plaintiff Reginald Howard, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm McLetchie Law and hereby agree and stipulate to extend certain post-trial deadlines.

First, the deadline for Plaintiff to submit a proposed order with underlying documentation as to fees and costs pursuant to 42 U.S.C. § 1988. (ECF No. 156) shall be extended from February 21, 2019 to Monday April 8, 2019.

Second, Defendants have filed a Motion for Reconsideration under Rule 59. (ECF No. 145). Plaintiff's deadline to respond to that Motion shall be extended from February 18, 2019 to Monday April 8, 2019.

Third, Defendants have filed a Limited Objection to the Bill of Costs filed by Plaintiff on September 20, 2018 (ECF No. 146). Plaintiff's reply, if any, to any Objection shall be extended from February 21, 2019 until Monday April 8, 2019.

This Stipulation is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing both parties' interests in this matter. The parties are currently discussing settlement and wish to reduce the accumulation of attorney's fees.

The parties are cognizant of this Court's admonishment that it will not continue these post-judgment deadlines *ad infinitum*. The parties have exchanged the first drafts of settlement agreements and are finalizing terms as to the stylings of resolution documents.

Additionally, Mr. Howard was transferred to Ely State Prison for a brief amount of time. During that time, Counsel for Mr. Howard was unable to discuss matters with Mr. Howard in person. Mr. Howard has since been transferred back to High Desert State Prison, and Counsel has been able to meet with him in person to discuss a final resolution of this matter.

The parties appear to have resolved outstanding appellate matters relating to Howard's Appeal in Ninth Circuit Case No. 18-16969 and the possible cross-appeal. Lastly, Counsel for Defendants will be out of jurisdiction from March 17 until March 22, 2019, and will not have any access to e-mail or State files.

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | The parties further note that this stipulation includes an extension of all dates to a similar forty-five (45) day enlargement rather than the typical thirty (30) day requests from before. This is done in the hopes that this is indeed the final request for extensions and to evidence to the Court the parties' confidence in resolution without the necessity of intervention. Absent exigent circumstances, the parties will not seek any additional extensions of time. |

IT IS SO STIPULATED.

DATED this 19th day of February, 2019.        DATED this 19th day of February, 2019.

                                                           AARON D. FORD
                                                           Attorney General

*/s/ Alina M. Shell*          */s/ Frank A. Toddre II*
MARGARET A. MCLETCHIE         FRANK A. TODDRE II
Nevada Bar No. 10931          Nevada Bar No. 11474
ALINA M. SHELL                OFFICE OF THE ATTORNEY GENERAL
Nevada Bar No. 11711          Bureau of Litigation–Public Safety Division
MCLETCHIE LAW                 555 E. Washington Ave., Suite 3900
701 East Bridger Ave., Suite 520   Las Vegas, NV 89101
Las Vegas, NV 89101           (702) 486-3149
(702) 728-5300                ftoddre@ag.nv.gov
maggie@nvlitigation.com       *Attorneys for Defendants*
*Attorneys for Plaintiff Reginald Howard*

## **ORDER**

IT IS SO ORDERED.

DATED: March 28, 2019

                                         RICHARD F. BOULWARE, II
                                         UNITED STATES DISTRICT JUDGE